**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on January 05, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Arthur I. Harris**
**United States Bankruptcy Judge**

**Dated: January 05, 2011**

---

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 10-19730 |
| | ) | |
| JOSE ENRIQUE RIVERA, | ) | Chapter 13 |
| CATHERINE MALDONADO, | ) | |
| | ) | Judge Arthur I. Harris |
| Debtors. | ) | |
| | ) | **ORDER GRANTING MOTION OF** |
| | ) | **HARLEY-DAVIDSON CREDIT CORP.** |
| | ) | **FOR RELIEF FROM STAY** |
| | ) | |
| | ) | **2006 Harley-Davidson FLHRCI Road King** |
| | ) | **Classic, VIN: 1HD1FRW156Y636770** |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Harley-Davidson Credit Corp. ("Movant"). (Doc. No. 29). Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay

imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtors.  Movant is directed to file a report of sale promptly following liquidation of the property: 2006 Harley-Davidson FLHRCI Road King Classic, VIN: 1HD1FRW156Y636770 (the "Collateral") if any excess proceeds are received.  Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered.  If the Collateral has not been liquidated, the deficiency claim is to be estimated.

**SUBMITTED BY:**

/s/  Alison A. Gill
Alison A. Gill:  0061710
***FUSCO, MACKEY, MATHEWS & GILL*** LLP
655 Cooper Road
Westerville, Ohio 43081
Telephone:  (614) 523-7575
Facsimile:  (614) 523-7580
E-Mail:  alison@ohiolaws.com
Attorneys for Movant

<u>**INSTRUCTIONS TO CLERK**</u>

Please mail copies of this Order for Relief from Stay by ordinary U.S. mail, postage prepaid, to the persons listed below:

Alison A. Gill, Attorney for Movant
655 Cooper Road
Westerville, OH 43081

Craig H. Shopneck, Trustee
BP Tower/200 Public Square, Ste. 3860
Cleveland, OH 44114-2321

Jose Rivera
Catherine Maldonado
8882 Jordan Ct.
North Ridgeville, OH  44039

Priscilla Schnittke, Attorney for Debtors
Nat'l City Bank Bldg., Ste 519, 629 Euclid
Cleveland, OH  44114

Office of the U.S. Trustee
200 Public Square, Suite 20-3300
Cleveland, OH 44114

# # #